FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2018 MAY -4  PM 4: 07

CLERK_____
SO. DIST. OF GA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CR 408-148 |
| | ) |
| v. | ) |
| | ) |
| DEBORAH CAROLYN GREEN | ) |

## ORDER OF DISMISSAL

The motion of the government for an order dismissing, without prejudice, the indictment against Deborah Carolyn Green is GRANTED. The indictment is hereby dismissed, without prejudice.

So ORDERED, this 4th day of May 2018.

_____
HON. WILLIAM T. MOORE, JR.
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Order of Dismissal
Deborah Carolyn Green
CR 408-148
Prepared by AUSA Knoche

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR 408-148 |
| | ) | |
| v. | ) | |
| | ) | |
| DEBORAH CAROLYN GREEN | ) | |

**MOTION FOR ORDER OF DISMISSAL**

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States Attorney for the Southern District of Georgia hereby moves to dismiss, without prejudice, the indictment as to Deborah Carolyn Green, said dismissal being in the interests of justice.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

***/s/ Karl I. Knoche***

Karl I. Knoche
Assistant United States Attorney
Georgia Bar No. 426624

P.O. Box 8970
Savannah, Ga. 31401
(912) 652-4422